**Dom WADHWA, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

**No. 2009–3169.**

United States Court of Appeals, Federal Circuit.

Nov. 19, 2009.

Rehearing and Rehearing En Banc Denied Jan. 27, 2010.

Dom Wadhwa, of Moorestown, New Jersey, pro se.

Lauren A. Weeman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director.

Before GAJARSA, DYK, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.